IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: TLI COMMUNICATIONS LLC PATENT LITIGATION | MDL No. 1:14md2534 |
| This document relates to ALL member cases | |

## DEFENDANTS' CONSOLIDATED MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants will and hereby move the Court to enter an order dismissing Plaintiff TLI Communications LLC's Complaint because the system and apparatus claims 1-16 and 25-26 of asserted U.S. Patent No. 6,038,295 ("the '295 patent") are invalid as indefinite under 35 U.S.C. § 112 and all claims, including method claims 17-24, of the '295 patent are invalid under 35 U.S.C. § 101 for lack of patentable subject matter, as set forth in greater detail in the accompanying papers in support of this motion.

To the extent the Court declines to rule at this time that all claims of the '295 patent are invalid, Defendants request that the Court grant Defendants' Motion to Dismiss as to (i) Plaintiff's claims of joint direct infringement of claims 1–26 of the '295 patent; (ii) Plaintiff's claims of direct infringement of claims 17-24 against the User Defendants; (iii) Plaintiff's claims of indirect infringement of claims 1–26 of the '295 patent, including such claims based on pre-suit knowledge of the '295 patent; (iv) the bulk of Plaintiff's claims of direct infringement against the Platform Defendants, including such claims under 35 U.S.C. § 271(f); and (v) Plaintiff's request for enhanced damages.

Dated:  November 5, 2014  Respectfully submitted,

By:   */s/ Phillip E. Morton*

Phillip E. Morton (VSB No. 71299)
Cooley LLP
11951 Freedom Drive
Reston, VA  20190
Telephone:  703-456-8000
Facsimile:   703-456-8100
pmorton@cooley.com


Michael G. Rhodes (Admitted *pro hac vice*)
Heidi Keefe (Admitted *pro hac vice*)
Mark Weinstein (Admitted  *pro hac vice*)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663
rhodesmg@cooley.com
hkeefe@cooley.com
mweinstein@cooley.com

Attorneys for Defendants Facebook, Inc. and Instagram, LLC

| | |
|---|---|
| Dated: November 5, 2014 | By:  */s/ Stephen E. Noona* |

Stephen E. Noona (VSB No. 25367)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Tel: (757) 624-3239
Fax: (757) 624-3169
senoona@kaufcan.com

Kevin Hardy (pro hac vice)
Samuel Bryant Davidoff (pro hac vice)
Andrew V. Trask (pro hac vice)
Bryant Hall (pro hac vice)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
khardy@wc.com
sdavidoff@wc.com
atrask@wc.com
bhall@wc.com
***Counsel for Defendant Google Inc.***

| | |
|---|---|
| Dated: November 5, 2014 | By:  */s/ Robert A. Angle* |

Robert A. Angle (VSB 37691)
TROUTMAN SANDERS LLP
Troutman Sanders Bldg
1001 Haxall Point
Richmond, VA 23219
Telephone:  804-697-1200
robert.angle@troutmansanders.com

Jane Michaels (admitted *pro hac vice*)
Benjamin N. Simler (admitted *pro hac vice*)
HOLLAND & HART LLP
555 17TH STREET, SUITE 3200
DENVER, CO 80202
TELEPHONE:  (303) 295-8000
jmichaels@hollandhart.com
bnsimler@hollandhart.com
***Counsel for Defendant Photobucket.com, Inc.***

| | |
|---|---|
| Dated: November 5, 2014 | By: */s/ Eleanor Tennyson* |

          Karen Jacobs (Delaware State Bar No. 2881)
          Eleanor Tennyson (Delaware State Bar No. 5812)
          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 658-3989
          kjacobs@mnat.com
          etennyson@mnat.com

          OF COUNSEL:
          Jerry R. Selinger
          PATTERSON AND SHERIDAN LLP
          1700 Pacific Avenue
          Suite 2650
          Dallas, TX  75201
          Telephone: (214) 720-2200
          Facsimile: (713) 623-4846
          jselinger@pattersonsheridan.com
          ***Counsel for Defendant Smugmug, Inc.***

| | |
|---|---|
| Dated: November 5, 2014 | By:   */s/ Joshua B. Brady* |

          Joshua B. Brady (VSB No. 72757)
          8300 Greensboro Drive, Suite 1100
          Tysons Corner, VA  22102
          Telephone:  703-760-5249
          Facsimile:   703-748-0244
          jbrady@williamsmullen.com

          Craig L. Mytelka (VSB No. 31652)
          Martin W. Hayes (VSB No. 82204)
          Williams Mullen, P.C.
          222 Central Park Avenue, Suite 1700
          Virginia Beach, VA 23462
          Telephone: (757) 499-8800
          Facsimile: (757) 473-0395
          cmytelka@williamsmullen.com
          mhayes@williamsmullen.com
          ***Counsel for Defendants AV Automotive, L.L.C., Hall Automotive, LLC, Max Media, LLC***

Dated: November 5, 2014                     By:     /s/ Craig C. Riley

                                                      Craig C. Reilly VSB # 20942
                                                      111 Oronoco Street
                                                      Alexandria, Virginia 22314
                                                      Tel: (703) 549-5354
                                                      Fax: (703) 549-5355
                                                      E-Mail: craig.reilly@ccreillylaw.com
                                                      ***Counsel for Defendant For A Song, Inc.***

Dated:  November 5, 2014                    By: */s/ Ahmed J. Davis*

                                                      Ahmed J. Davis (VSB No. 43982)
                                                      Ruffin B. Cordell (VSB No. 35449)
                                                      Lauren A. Degnan (pro hac vice)
                                                      Ahmed J. Davis (VSB No. 43982)
                                                      Cherylyn E. Mizzo (pro hac vice)
                                                      Daniel R. Gopenko (VSB No. 83932)
                                                      J. Wesley Samples (pro hac vice)
                                                      Fish & Richardson P.C.
                                                      1425 K Street, NW, 11th Floor
                                                      Washington, DC 20005
                                                      Tel:  (202) 783-5070
                                                      Fax:  (202) 783-2331
                                                      E-mail:  davis@fr.com
                                                      E-mail:  cordell@fr.com
                                                      E-mail:  degnan@fr.com
                                                      E-mail:  mizzo@fr.com
                                                      E-mail:  gopenko@fr.com
                                                      E-mail:  samples@fr.com

                                                      ***Counsel for Defendant Apple Inc.***

Dated: November 5, 2014                              By:     */s/ Robert A. Angle/*

Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com

Mary C. Zinsner, VSB #31397
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
Telephone:  703-734-4334
Facsimile:  703-448-6514
Email:  mary.zinsner@troutmansanders.com

OF COUNSEL:
Ryan Kent, Esq.
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
Tel: (415) 362-6666
Fax: (415) 236-6300
RKent@durietangri.com

***Counsel for Dropbox, Inc.; IAC/Interactive Corp.; CityGrid Media LLC; Vimeo LLC; Imgur LLC; Shutterfly Inc.; Snapchat Inc.; Tripadvisor Inc.; Tripadvisor LLC; WHI Inc. dba We Heart It; Yelp Inc.; Yahoo! Inc.; Tumblr, Inc.; Twitter, Inc.; Vine Labs; and Pinterest, Inc.***

Dated: November 5, 2014     By:     */s/ Robert A. Angle/*

Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com

Mary C. Zinsner, VSB #31397
TROUTMAN SANDERS LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, Virginia 22182
Telephone:  703-734-4334
Facsimile:  703-448-6514
Email:  mary.zinsner@troutmansanders.com

*Counsel for Capital One Financial Corporation; Capital One, N.A.; and Capital One Services, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of November, 2014, I will electronically file the foregoing DEFENDANTS' CONSOLIDATED NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Philip J. Harvey<br>FISKE & HARVEY<br>100 N. Pitt Street, Suite 206<br>Alexandria, VA 22314<br>Telephone: (703) 518-9910<br>Facsimile: (703) 518-9931<br>Email:  pharvey@harveybinnall.com<br><br>John Isaac Post<br>Law Offices of Phillip J. Harvey<br>717 King Street, Suite 306<br>Alexandria, VA  22314<br>Tel:  (571) 527-1431<br>Fax:  (703) 647-6257<br>*Counsel for Plaintiff*<br>Email:  *ipost@harveybinnall.com*<br>*Counsel for Plaintiff* | Robert Whitman<br>Mark S. Raskin<br>Charles Wizenfeld<br>Eric Berger<br>**Mishcon de Reya New York LLP**<br>750 Seventh Avenue, 26th Floor<br>New York, NY  10019<br>Email:  charles.wizenfeld@mishcon.com<br>Email: eric.berger@mishcon.com<br><br>*Counsel for Plaintiff* |
| Craig C. Reilly<br>Law Office of Craig C. Reilly<br>111 Oronoco St.<br>Alexandria, VA 22314<br>Telephone: (703) 549-5354<br>Facsimile: (703) 549-2604<br>Email:  craig.reilly@ccreillylaw.com<br><br>*Counsel for Defendant For A Song, Inc.* | Joshua B. Brady<br>Martin W. Hayes<br>Williams Mullen<br>8300 Greensboro Drive<br>Suite 1100<br>McClean, VA 22130<br>Telephone: (703) 760-5200<br>Facsimile: (703) 748-0244<br>Email:  jbrady@williamsmullen.com<br>Email: rthompson@williamsmullen.com<br>Email: mczajkowski@williammullen.com<br><br>*Counsel for Defendants AV Automotive, LLC,*<br>*Hall Automotive, LLC, Max Media LLC,* |

Robert Armisted Angle
Troutman Sanders LLP
Troutman Sanders Bldg.
1001 Haxall Point
P.O. Box 1122
Richmond, VA  23219
Tel:  (804) 697-1246
Fax:    (804) 697-1339
Email:  robert.angle@troutmansanders.com

*Counsel for Capital One*

Jane Michaels
Benjamin Simler
Holland & Hart LLP
555 Seventeeth Street
Suite 3200
Denver, CO  80202
Tel:     (303) 295-8162
Email:  jmichaels@hollandhart.com
Email: bnsimler@hollandhart.com

*Counsel for Photobucket*

Stephen Noona
Kaufman & Canoles, PC
150 W. Main Street, Suite 2100
Norfolk, VA  23510-1665
Tel:     (757) 624-3239
Fax:     (757) 624-3169
Email:  senoona@kaufcan.com

*Counsel for Google Inc*

Robert Armisted Angle
Troutman Sanders LLP
Troutman Sanders Bldg.
1001 Haxall Point
P.O. Box 1122
Richmond, VA  23219
Tel:  (804) 697-1246

Email:  robert.angle@troutmansanders.com
*Counsel for Photobucket.*

Raymond Kennon Poteat, III
Andew Trask
Williams & Connolly LLP
725 12th St. NW
Washington, DC  20005
Tel: (202) 434-5699
Email:  GoogleTLIService@wc.com
Email:  senoona@kaufcan.com

*Counsel for Google Inc.*

Ahmed Jamal Davis
Daniel Gopenko
Ruffin Cordell
Fish & Richardson PC
1425 K St. NW, Suite 1100
Washington, DC  20005
Tel: (202) 626-6379
Email:  Apple-TLI_EDVa_Service_List@fr.com

*Counsel for Apple Inc.*

| | |
|---|---|
| Daralyn Durie<br>Ryan Kent<br>Durie Tangri<br>217 Leidesdorff St.<br>San Francisco, CA  94111<br>Tel:     (415) 362-6666<br>Fax:     (415) 231-6300<br>Email:  Service-TLI@Durietangri.com<br><br>*Counsel for Dropbox Inc.,*<br>*IAC/InterActiveCorp., CityGrid Media LLC,.*<br>*Vimeo LLC, Imgur, LLC, Shutterfly Inc.,*<br>*TripAdvisor Inc., TripAdvisor LLC, Snapchat*<br>*Inc., WHI Inc., Yelp Inc.; Yahoo! Inc., Tumblr,*<br>*Inc., Twitter, Inc., Pinterest, Inc.* | Jerry Selinger<br>Patterson Sheridan LLP<br>1700 Pacific Avenue<br>Suite 2650<br>Dallas, TX  75201<br><br>Tel:  (214) 272-0957<br>Fax: (214) 720-200<br>Email:  jselinger@pattersonsheridan.com<br><br>*Counsel for Smugmug* |

                         */s/ Phillip E. Morton*

                         Phillip E. Morton (VA Bar No. 71299)
                         Cooley LLP
                         11951 Freedom Drive
                         Reston, VA 20171
                         Telephone:  703-456-8000
                         Facsimile:   703-456-8100
                         Email:  pmorton@cooley.com

                         Attorneys for Defendants
                         Facebook, Inc. and Instagram, LLC